DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>             Plaintiff,     )<br>                            )<br>       v.                   )<br>                            )<br>KHAMALE KEOVILAY, et al.,   )<br>                            )<br>             Defendants.    )<br>                            )<br>_____) | Cr.S. 09-223-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 15, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed by to the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for October 16, 2009 be continued to a status conference on Friday, January 15, 2010 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery and have been advised that more is coming, including Title III documents.

1    Furthermore, the parties stipulate and agree that the interest of
2 justice served by granting this continuance outweighs the best interest
3 of the public and the defendant in a speedy trial. (18 U.S.C. §
4 3161(h)(7)(A)).
5    Speedy trial time is to be excluded from the date of this order
6 through the date of the status conference set for January 15, 2010,
7 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
8 (Local Code T4).

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: October 13, 2009      /S/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

DATED:  October 13, 2009

                                        /s/ Dennis S. Waks for

                                        SCOTT N. CAMERON Attorney for
                                        RODNEY SHEAD

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

```
                                    LAWRENCE G. BROWN
                                    United States Attorney

DATED: October 13, 2009             /s/ Dennis S. Waks for
                                    _____
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


_____O R D E R


          IT IS SO ORDERED.

Dated:   October 16, 2009


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

3