```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMLE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )    Cr.S. 09-223-GEB
           Plaintiff,        )
                             )    STIPULATION AND ORDER
      v.                     )
                             )
KHAMLE KEOVILAY, et al.,     )    DATE: February 15, 2013
                             )    TIME: 9:00 a.m.
           Defendant.        )    JUDGE: Hon. Garland E. Burrell
                             )
_____    )
```

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for December 14, 2012, be continued to a status conference on Friday, February 15, 2013, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C.

1  §3161(h)(7)(A)).

2   Speedy trial time is to be excluded from the date of this order
3  through the date of the status conference set for February 15, 2013,
4  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
5  (Local Code T4).

6  DATED: December 12, 2012

7                                         Respectfully submitted,

8                                         DANIEL J. BRODERICK
                                          Federal Defender
9
                                          /s/ Dennis S. Waks
10                                        _____
                                          DENNIS S. WAKS
11                                        Supervising Assistant Federal Defender
                                          Attorney for Defendant
12                                        KHAMLE KEOVILAY

13

14
   DATED: December 12, 2012
15                                        BENJAMIN B. WAGNER
                                          United States Attorney
16

17                                        /s/ Dennis S. Waks for
                                          _____
18                                        TODD D. LERAS
                                          Assistant U.S. Attorney
19
   / / /
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for February 15, 2013, at 9:00 a.m..

Dated:  December 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge