```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KHAMALE KEOVILAY, <br><br> Defendant. <br> _____ | CR. NO. 2:09-cr-0223 TLN <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

   The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamale Keovilay stipulate and agree to set this matter for a Status Conference on June 6, 2013, at 9:30 a.m.

   On April 4, 2013, the Honorable Morrison C. England, Jr., Chief Judge for the United States District Court, Eastern District of California, issued an Order reassigning this case to newly-appointed United States District Court Judge Troy L. Nunley.  The matter had previously been assigned to United States District Judge Garland E. Burrell, Jr.  This case is closely related to an alleged drug distribution conspiracy discovered during the course of court-

1

1  authorized wiretaps (Case No. 2:09-cr-222 TLN).  The discovery in
2  both matters is voluminous.  The government has proposed resolution
3  of this matter along with the closely related case.  Defense counsel
4  needs additional time to review the proposal with his client.  The
5  additional time is therefore needed for attorney preparation and
6  continuity of counsel.  Both parties request that time be excluded
7  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney
8  preparation and continuity of counsel).  The parties agree to an
9  exclusion of time for the reasons stated above for the period from
10 May 3, 2013 up to and including June 6, 2013.
11     Dennis Waks has authorized Assistant U.S. Attorney Todd Leras
12 to sign this stipulation on his behalf.

13                                   Respectfully submitted,

14                                   BENJAMIN B. WAGNER
                                     United States Attorney
15

16 DATED: May 2, 2013         By: /s/ Todd D. Leras
                                  TODD D. LERAS
17                                Assistant U.S. Attorney

18

19 DATED: May 3, 2013         By: /s/ Todd D. Leras for
                                  DENNIS WAKS
20                                Attorney for Defendant
                                  KHAMALE KEOVILAY

2

**ORDER**

A status conference is set in this matter for June 6, 2013, at 9:30 a.m.  Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from May 3, 2013 to June 6, 2013.

DATED: May 8, 2013

Troy L. Nunley
United States District Judge

3