BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:09-cr-0223 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| KHAMALE KEOVILAY, | ) |
| Defendant. | ) |
| _____ | ) |

    The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamale Keovilay stipulate and agree to continue the Status Conference in this matter to August 15, 2013, at 9:30 a.m.

    This case is closely related to an alleged drug distribution conspiracy discovered during the course of court-authorized wiretaps (Case No. 2:09-cr-222 TLN). The discovery in both matters is voluminous. The government has proposed resolution of this matter along with the closely related case. Defense counsel continues to meet and confer with government counsel regarding suggested changes to the proposed resolution. One of the proposed modifications

relates to a request that the government consider various matters related to the potential immigration consequences of the proposed resolution.  Defense counsel is consulting with an immigration law specialist to discuss this matter and engage in further discussions with the government regarding resolution of the matter.

The continuance is therefore requested for attorney preparation and continuity of counsel.  Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above for the period from July 11, 2013 up to and including August 15, 2013.

Dennis Waks has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 9, 2013             By: /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney


DATED: July 9, 2013             By: /s/ Todd D. Leras for
                                        DENNIS WAKS
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY
```

**ORDER**

A status conference is set in this matter for August 15, 2013, at 9:30 a.m.  Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from July 11, 2013 to August 15, 2013.

DATED:     July 10, 2013

Troy L. Nunley
United States District Judge