1  DENNIS S. WAKS, BAR #142581
   Attorney at Law
2  455 Capitol Mall, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 498-9871

4  Attorney for Defendant
   KHAMLE KEOVILAY

5
                    IN THE UNITED STATES DISTRICT COURT
6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,      )
9                                 )   CR. S-09-223-TLN
                     Plaintiff,   )
10                                )   **STIPULATION AND ORDER**
           v.                     )
11                                )
   KHAMLE KEOVILAY,               )   DATE:  September 19, 2013
12                                )   TIME:  9:30 a.m.
                     Defendant.   )   JUDGE: Hon. TROY L. NUNLEY
13                                )
   _____)
14

15
        It is hereby stipulated and agreed to by the United States of
16
   America through TODD D. LERAS, Assistant United States Attorney, and
17
   defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS,
18
   that the status conference set for August 15, 2013, be continued to a
19
   status conference on Thursday, September 19, 2013, at 9:30 a.m.  This
20
   continuance is being requested because defense counsel needs additional
21
   time to prepare, to review discovery, and to interview witnesses.  The
22
   parties have received a large amount of discovery, including Title III
23
   documents.
24
        Furthermore, the parties stipulate and agree that the interest of
25
   justice served by granting this continuance outweighs the best interest
26
   of the public and the defendant in a speedy trial. (18 U.S.C.
27
   §3161(h)(7)(A)).
28

1  Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for September 19, 2013,

3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

4  (Local Code T4).

5  DATED: August 12, 2013

6                                          Respectfully submitted,

7

8                                          /s/ Dennis S. Waks

9                                          DENNIS S. WAKS
                                           Attorney for Defendant
                                           KHAMLE KEOVILAY

10

11

12  DATED: August 12, 2013
                                           BENJAMIN B. WAGNER
13                                         United States Attorney

14
                                           /s/ Dennis S. Waks for
15
                                           TODD D. LERAS
16                                         Assistant U.S. Attorney

17

18

19                              **O R D E R**

20  Based on the stipulation of the parties and good cause appearing

    therefrom, the Court hereby finds that the failure to grant a
21
    continuance in this case would deny defense counsel reasonable time
22
    necessary for effective preparation, taking into account the exercise
23
    of due diligence.  The Court specifically finds that the ends of
24
    justice served by the granting of such continuance outweigh the
25
    interests of the public and the defendant in a speedy trial.  Based on
26
    these findings and pursuant to the stipulation of the parties, the
27
    Court hereby adopts the stipulation of the parties in its entirety as
28
    its order.  Time is excluded from computation of time within which the

    trial of this matter must be commenced beginning from the date of the

                                      **2**

1  stipulation through and including September 19, 2013, pursuant to 18

2  U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense

3  counsel to prepare] and Local Code T4.  A new status conference date is

4  hereby set for September 19, 2013, at 9:30 a.m.

5

6  DATED: August 13, 2013

7                                             _____
                                              Troy L. Nunley
8                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28