1

DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553
denniswaks@gmail.com

2

3

4

Attorney for Defendant
KHAMLE KEOVILAY

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

UNITED STATES OF AMERICA,    )  Case No.  CR. S-09-223-TLN
                )
             Plaintiff,  )  STIPULATION AND ORDER TO
                )  CONTINUE STATUS CONFERENCE
V.                )
                )  Date: December 12, 2013
KHAMLE  KEOVILAY  et al.    )  Time: 9:30 a.m.
                )  Judge: Hon. TROY L. NUNLEY
          Defendant.  )
                )
_____)

11

12

13

14

15

16

It is hereby stipulated and agreed to by the United States of America through HEIKO P.

17

COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and

18

though his counsel, DENNIS S. WAKS,  that the status conference set for October 31, 2013, be

19

continued to a status conference on Thursday, December 12, 2013, at 9:30 a.m.  This

20

continuance is being requested because defense counsel needs additional time to prepare, to

21

review discovery, and to interview witnesses.  The parties have received a large amount of

22

discovery, including Title III documents.

23

Furthermore, the parties stipulate and agree that the interest of justice served by granting

24

this continuance outweighs the best interest of the public and the defendant in a speedy trial

25

26

(18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order

27

through the date of the status conference set for December 12, 2013, pursuant to 18 U.S.C. §

28

-1-

1    3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

2    DATED: October 26, 2013                    Respectfully submitted,

3

4                                               /s/ Dennis S. Waks

5                                               DENNIS S. WAKS
                                                Attorney for Defendant
6                                               KHAMLE KEOVILAY

7    DATED: October 26, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney
8

9                                               /s/ Dennis S. Waks for

10                                              HEIKO P. COPOLLA
                                                Assistant U.S. Attorney
11

12                           **O R D E R**

13      Based on the stipulation of the parties and good cause appearing, the Court hereby finds that

14   the failure to grant a continuance in this case would deny defense counsel reasonable time

15   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16   specifically finds that the ends of justice served by the granting of such continuance outweigh the

17   interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant

18   to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its

19   entirety as its order.  Time is excluded from computation of time within which the trial of this

20   matter must be commenced beginning from the date of the stipulation through and including

21   December 12, 2013, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for

22   defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for

23   December 12, 2013, at 9:30 a.m.

24

25   DATED: October 28, 2013

26                                              _____
                                                Troy L. Nunley
27                                              United States District Judge

28

                                        -2-