1   DENNIS S. WAKS, BAR #142581
    Attorney at Law
2   455 Capitol Mall, Suite 350
    Sacramento, California 95814
3   Tel: (916) 498-9871 Fax: (916) 441-6553
    denniswaks@gmail.com
4
    Attorney for Defendant
5   KHAMLE KEOVILAY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

    UNITED STATES OF AMERICA,      )  Case No.  CR. S-09-223-TLN
11                                 )
                        Plaintiff, )  AMENDED STIPULATION AND ORDER
12                                 )  TO CONTINUE STATUS CONFERENCE
    v.                             )
13                                 )  Date:  January 9, 2014
    KHAMLE  KEOVILAY,              )  Time:  9:30 a.m.
14                                 )  Judge: Hon. TROY L. NUNLEY
                        Defendant. )
15                                 )
                                   )
16

17          It is hereby stipulated and agreed to by the United States of America through HEICO P.

18   COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and

19   though his counsel, DENNIS S. WAKS,  that the status conference set for December 12, 2013,

20   be continued to a status conference on Thursday, January 9, 2014, at 9:30 a.m.  This continuance

21   is being requested because defense counsel needs additional time to prepare, to review discovery,

22   and to interview witnesses.  The parties have received a large amount of discovery, including

23

24   Title III documents.

25          Furthermore, the parties stipulate and agree that the interest of justice served by granting

26   this continuance outweigh the best interest of the public and the defendant in a speedy trial    (18

27   U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order through

28

                                        -1-

1  the date of the status conference set for January 9, 2014, pursuant to 18 U.S.C. § 3161

2  (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

3  DATED: December 10, 2013

4
5                                              Respectfully submitted,

6                                              /s/ Dennis S. Waks

7                                              DENNIS S. WAKS
                                               Attorney for Defendant
8                                              KHAMLE KEOVILAY

9

10
   DATED: December 10, 2013
11                                             BENJAMIN B. WAGNER
                                               United States Attorney
12

13                                             /s/ Dennis S. Waks for

14                                             HEICO P. COPOLA
                                               Assistant U.S. Attorney
15

16

17                                  **O R D E R**

18        Based on the stipulation of the parties and good cause appearing therefrom, the Court

19  hereby finds that the failure to grant a continuance in this case would deny defense counsel

20  reasonable time necessary for effective preparation, taking into account the exercise of due

21  diligence.  The Court specifically finds that the ends of justice served by the granting of such

22  continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on

23  these findings and pursuant to the stipulation of the parties, the Court hereby adopts the

24  stipulation of the parties in its entirety as its order.  Time is excluded from computation of time

25  within which the trial of this matter must be commenced beginning from the date of the

26  stipulation through and including January 9, 2014, pursuant to 18 U.S.C. §  3161(h)(7)(A) and

27  (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status

28
                                        -2-

1   conference date is hereby set for January 9, 2014, at 9:30 a.m.

2

3   DATED:   December 11, 2013

4

5                                                      Troy L. Nunley
                                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28