UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED

FEB - 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHAMLE KEOVILAY,<br><br>Defendant. | Case No.  2:09-cr-00223-TLN<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KHAMLE KEOVILAY , Case No. 2:09-cr-00223-TLN  from custody for the following reasons:

_____  Release on Personal Recognizance

__X__  Bail Posted in the Sum of $ _____

   __X__  Unsecured Appearance Bond  $  100,000.00

   _____  Appearance Bond with 10% Deposit

   _____  Appearance Bond with Surety

   _____  Corporate Surety Bail Bond

   __X__  (Other): **Bond to be cosigned by Sandra Lim and Khamphona Keovilay within 1 week. Defendant to be released to the custody of Pretrial Services on 2/7/2014 at 9:00 AM.**

Issued at Sacramento, California on February 6, 2014.

By: _____

Magistrate Judge Kendall J. Newman