DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871
denniswaks@gmail.com

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. CR.S. 09-222 and 09-223-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO RELEASE DEFENDANT FROM PRE-TRIAL SUPERVISION |
| v. | |
| KHAMLE KEOVILAY *et. al.* | ) Judge: Hon. Edmund F. Brennan |
| Defendants. | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, that Mr. Keovilay be released from Pre-trial supervision. Pre-trial Services Officer Darryl Walker has informed Counsel for the Government and Defense Counsel that he supports this recommendation based upon the fact that Mr. Keovilay has been on supervision since February 7, 2014, has not had any violations, does not have a passport, and has no criminal history or failures to appear. The unsecured bond will remain in effect.

//

//

IT IS SO STIPULATED

DATED: November 6, 2014

>Respectfully submitted,
>
>/s/ Dennis S. Waks
>
>DENNIS S. WAKS
>Attorney for Defendant
>KHAMLE KEOVILAY

DATED: November 6, 2014

>BENJAMIN B. WAGNER
>United States Attorney
>
>/s/ Dennis S. Waks for
>
>HEIKO P. COPPOLA
>Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: November 7, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE